(3 Cert. Copies) USM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**FILED**

**MAY 23 2006**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| TERRANCE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.:   4:04-CV-1068 MLM |
| ) | |
| DONNELL L. WALTERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On ~~May 23~~_____, 2006, Plaintiff Terrance Mitchell applied for habeas corpus ad testificandum. In accordance with Mo. Rev. Stat. § 491.230.2(2), the Court finds that Plaintiff will be substantially and irreparably prejudiced by his failure to attend trial and testify on the merits. Accordingly,

IT IS HEREBY ORDERED that the Clerk of this Court issue a writ of habeas corpus ad testificandum to the Superintendent of the Missouri Eastern Correctional Center to bring Plaintiff Terrance Mitchell before this Court on June 5, 2006 at 9:00 a.m., to testify in this case and be remanded to the Superintendent of the Missouri Eastern Correctional Center at the conclusion of trial.

Dated this 23rd day of May, 2006.

SO ORDERED:

_____
The Honorable Mary Ann L. Medler

20/581 1

(3 Cert. Copies)
LSM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**FILED**

**MAY 23 2006**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| **TERRANCE MITCHELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1068 MLM |
| ) | |
| **JAMES E. LITTLE, et al,** ) | |
| ) | |
| Defendants. ) | |

**TO: THE SUPERINTENDENT OF THE MISSOURI EASTERN CORRECTIONAL CENTER OR ANY OTHER AUTHORIZED OFFICER**

You are hereby commanded that you shall bring the body of Terrance Mitchell, now confined in the Missouri Eastern Correctional Center, Housing Unit #3C-6, 18701 Old Highway 66, Pacific, Missouri 63069, before the Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, at the Thomas F. Eagleton Courthouse, 111 S. 10th Street, St. Louis, Missouri, at **9:00 a.m.**, on **Monday, June 5, 2006**, for trial and at other times and dates and that after such proceedings, the said plaintiff be by you returned to the custody of the Missouri Eastern District Correctional Center, Housing Unit #3C-6, 18701 Old Highway 66, Pacific, Missouri 63069, have you then and there this writ.

WITNESS, Judge of the United States District Court for the Eastern District of Missouri.

Given under seal of the Court this 23rd day of May, 2006.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk